UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

TRUSTEES OF THE NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS PENSION FUND,
WELFARE FUND, ANNUITY FUND, AND
APPRENTICESHIP, JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND, et al.,

                    Plaintiffs,                    22-CV-04292 (LJL)(SN)

      -against-                              **ORDER**

CARLITOS CONTRACTING CORP., et al.,

                    Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      On December 6, 2022, the Honorable Lewis J. Liman assigned this matter to my docket for settlement. The parties are directed to email Courtroom Deputy Rachel Slusher as soon as possible at Rachel_Slusher@nysd.uscourts.gov with three mutually convenient dates to schedule a settlement conference. Due to the Court's busy calendar, it currently has very limited availability in January. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

                                                                           SARAH NETBURN
                                                                          United States Magistrate Judge

DATED:      December 7, 2022
               New York, New York