```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/22/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
TRUSTEES OF THE NEW YORK CITY DISTRICT :
COUNCIL OF CARPENTERS PENSION FUND, :
WELFARE FUND, ANNUITY FUND, and :
APPRENTICESHIP, JOURNEYMAN RETRAINING, :  22-cv-4292 (LJL)
EDUCATIONAL AND INDUSTRY FUND, TRUSTEES :
OF THE NEW YORK CITY CARPENTERS RELIEF :  ORDER
AND CHARITY FUND, and the CARPENTER :
CONTRACTOR ALLIANCE OF METROPOLITAN :
NEW YORK, :
:
                Plaintiffs, :
:
   -v- :
:
CARLITOS CONTRACTING CORP. d/b/a CITY :
SCAFFOLDING, ARBRIS CORP., BARRIOS :
SERVICES CORP., MEENAWATI RAM, :
TARAMATIE RAMCHANDAR, and ALEX BARRIOS, :
:
                Defendants. :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       The Court has been informed that the parties have reached a settlement in principle in this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within sixty (60) days of this Order. Any application to reopen filed after sixty (60) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences and deadlines are CANCELLED.

       SO ORDERED.

Dated: June 22, 2023
      New York, New York

                                                              LEWIS J. LIMAN
                                                              United States District Judge